UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cr-00123-APG-PAL |
| Plaintiff, | ORDER |
| vs. | |
| CHRISTOPHER ANDERSON, | |
| Defendant. | |

After considering the evidence and arguments presented at the October 15, 2014 hearing, I find by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**IT IS THEREFORE ORDERED** that the Attorney General shall hospitalize the defendant for treatment in a suitable facility and  that defendant shall be forthwith transported to the closest Federal Bureau of Prisons (BOP) facility for further psychological treatment.

**IT IS FURTHER ORDERED** that said treatment shall be in accordance with Title 18, United States Code, Sections 4241 and 4247.

**IT IS FURTHER ORDERED** that defendant shall be held in said facility

(1) for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward; and

(2) for an additional reasonable period of time until-

(A) his mental condition is so improved that trial may proceed, if I find that there is a substantial probability that within such additional period of time he will attain the capacity to permit the proceedings to go forward; or

(B) the pending charges against him are disposed of according to law;

whichever is earlier.

**IT IS FURTHER ORDERED** that following the defendant's treatment, he shall be forthwith transported back to the District of Nevada.

**IT IS FURTHER ORDERED** that said examination shall be in accordance with 18 U.S.C. Sections 4241 and 4247.

**IT IS FURTHER ORDERED** that, pursuant to Title 18 United States Code, Section 4241(e), should the director of the BOP facility in which defendant is hospitalized determine that the defendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense, he shall promptly file a certificate to that effect with the Clerk of this Court.  The Clerk shall send a copy of the certificate to the defendant's counsel and to the attorney for the Government.

DATED this 22nd day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE