RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SHARI L.  KAUFMAN
Assistant Federal Public Defender
Nevada State Bar No. 4461
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Shari_Kaufman@fd.org

Attorneys for Christopher Anderson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13-cr-123-APG-PAL |
| Plaintiff, | |
| v. | **STIPULATION FOR AN EXTENSION OF TIME TO SUBMIT STATUS REPORTS** |
| CHRISTOPHER ANDERSON, | |
| Defendant. | **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Janjua Ahmed, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Shari L. Kaufman, Assistant Federal Public Defender, counsel for Christopher Anderson, that a new deadline for the filing of status reports as ordered by the court on December 17, 2015 (Doc. #87) be extended, but no earlier than seven (7) days).

This Stipulation is entered into for the following reasons:

1.     The parties need additional time to prepare their status reports as requested by the court.

2.      Defendant is incarcerated and does not object to a continuance.

3.      The parties agree to the continuance.

This is the first request to continue filed herein.

DATED this 8th day of January, 2016.

RENE L. VALLADARES                          DANIEL G. BOGDEN
Federal Public Defender                     United States Attorney


By:      _/ s/ Shari L. Kaufman_____        By:      _/ s/ Nadia Janua Ahmed_____
          SHARI L. KAUFMAN,                                 NADIA JANJUA AHMED
          Assistant Federal Public Defender                Assistant United States Attorney

1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

2

3
UNITED STATES OF AMERICA,                    Case No. 13-cr-123-APG-PAL

4
                        Plaintiff,           **ORDER**

5
            vs.

6
CHRISTOPHER ANDERSON,

7
                        Defendant.

8

9
        Based on the pending Stipulation of counsel, and good cause appearing therefore, the

10
Court finds that the best interest of justice is served by the granting of the Stipulation:

11
        IT IS THEREFORE ORDERED that status reports be filed by ___January 22___,

12
2016.

13
        DATED this __8th__ day of January, 2016.

14

15

16
                                             _____

17
                                             UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26