UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>CHRISTOPHER ANDERSON,<br><br>        Defendant. | Case No.: 2:13-cr-00123-APG-PAL |

**ORDER FOR RELEASE OF EXHIBITS**

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, **IT IS HEREBY ORDERED** that counsel shall have until 4:00 p.m. on May 25, 2018 to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If the exhibits are not retrieved by counsel prior to that date, the Clerk is authorized to destroy the exhibits on May 29, 2018.

DEBRA K. KEMPI                                     5/4/2018
CLERK                                                        DATE

(By) DEPUTY CLERK

**NOTICE TO COUNSEL:** Please sign below to designate a member of your staff or a legal courier service to pick up the exhibits. Please note whether you represent plaintiff or defendant.

I authorize_____ to retrieve *Plaintiff's/Defendant's* exhibits.
                      (name)                                    (circle one)

Dated:_____      _____
                                                      Signature of counsel

Plaintiff's exhibits received by: _____ Date:_____

Defendant's exhibits received by: _____ Date:_____